# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:14-cr-00016-GMN-VCF |
| vs. ) | ORDER SETTING HEARING |
| JUAN CANELA, ) | (Docket No. 26) |
| Defendant. ) | |

Pending before the Court is Defendant's unopposed motion for temporary release from custody. Docket No. 26. The Court hereby sets the motion for hearing on December 9, 2014, at 1:30 p.m. in courtroom 3B. The defendant, all counsel, Jennifer Canela and Yanira Bentiez are required to be present in the courtroom at the hearing. Prior to the hearing, Pretrial Services shall determine whether Jennifer Canela or Yanira Bentiez is an appropriate temporary third-party custodian.

IT IS SO ORDERED.

DATED: December 8, 2014.

_____
NANCY J. KOPPE
United States Magistrate Judge